

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 8/22/11
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| JEFFERSON E. YARBOROUGH<br>DOC # 512722 | CIVIL ACTION NO. 2:11-cv-517 |
| VS. | SECTION P |
| ROBERT L. WYATT, ET AL | JUDGE TRIMBLE<br>MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED THAT plaintiff's complaint should be DISMISSED WITH PREJUDICE as frivolous, for failing to state a claim for which relief may be granted and for seeking monetary relief against defendants who are immune from suit pursuant to 28 U.S.C. §1915A(b)(1) and (2), and 28 U.S.C. §1915(2)(B)(i)(ii) and (iii).

THUS DONE AND SIGNED, in chambers, in Lake Charles, Louisiana, on this the 22nd day of August, 2011.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE